**Place of Offense:**

City _____ Hagåtña _____

Country/Parish _____ N/A _____

**Related Case Information:**

Superseding Indictment _____ Docket Number **06-00044**

Same Defendant _____ New Defendant ___X___

Search Warrant Case Number _____

R 20/ R 5(c) from _____

**Defendant Information:**

Juvenile: Yes _____ No _X_     Matter to be sealed: _X_ Yes _____ No

Defendant Name _____ HAJI SUBANDI _____

Allisas Name _____

Address _____

_____

**RECEIVED**

SEP 28 2006

**DISTRICT COURT OF GUAM**
**HAGATNA, GUAM**

Birth date XX/XX/1937   SS# N/A     Sex _M_ Race _A_ Nationality Republic of Indonesia

**U.S. Attorney Information:**

AUSA _Marivic P. David_

**Interpreter:** _____ No _X_ Yes      List language and/or dialect: _Indonesian_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: _____1_____     _____ Petty _____ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 371 <br> 22 U.S.C. § 2778 | CONSPIRACY TO EXPORT <br> DEFENSE ARTICLES | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | (Continued on reverse) | |

Date: 9/28/06    Signature of AUSA: _____

ORIGINAL