# Criminal Case Cover Sheet      U.S. District Court

**Place of Offense:**

City __Hagåtña__

Country/Parish __N/A__

**Related Case Information:**

Superseding Indictment _____ Docket Number __06-00044__

Same Defendant _____ New Defendant __X__

Search Warrant Case Number _____

R 20/ R 5(c) from _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: __X__ Yes ____ No

Defendant Name __REINHARD RUSLI__

Allisas Name _____

Address _____

Birth date __1972__ SS# __N/A__ Sex __M__ Race __A__ Nationality __Republic of Indonesia__

**RECEIVED SEP 28 2006 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S. Attorney Information:**

AUSA __Marivic P. David__

Interpreter: ____ No __X__ Yes    List language and/or dialect: __Indonesian__

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty ____ Misdemeanor __X__ Felony

| Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|
| Set 1: 18 U.S.C. § 371, 22 U.S.C. § 2778 | CONSPIRACY TO EXPORT DEFENSE ARTICLES | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |

(Continued on reverse)

Date: __9/28/06__    Signature of AUSA: _(signed)_

ORIGINAL