ORIGINAL

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza Suite 500
   108 Hernan Cortez Avenue
4  Hagatna, Guam 96910
   Telephone: (671) 472-7332
5  Telecopier: (671) 472-7334

6  JAMES G. WARWICK
   Assistant U.S. Attorney
7  36 South Charles Street
   Fourth Floor
8  Baltimore, Maryland 21201
   Telephone: (410) 209-4860
9  Telecopier: (410) 962-3124

10 Attorneys for United States of America

**FILED**
DISTRICT COURT OF GUAM
SEP 28 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 06-00044 |
| Plaintiff, ) | |
| vs. ) | UNITED STATE'S APPLICATION TO SEAL COMPLAINT AND AFFIDAVIT, AND WARRANT FOR ARREST |
| HAJI SUBANDI, ) REINHARD RUSLI, and ) HELMI SOEDIRDJA, ) | |
| Defendants. ) | |

COMES NOW the United States moves this Honorable Court for an order sealing the Complaint and Affidavit, and Warrant for Arrest, in the above-entitled case for the reason that further investigation is still pending in this matter, which may be hindered by making this cause available for public scrutiny.

Respectfully submitted this 28th day of September, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney