# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-06-00044-003　　　　　　　　DATE: September 29, 2006

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore　　Electronically Recorded: 1:19:38 - 1:33:12
CSO: B. Benavente

**APPEARANCES:**
Defendant: Helmi Soedirdja　　　　　　Attorney: Joaquin C. Arriola, Jr.
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Marivic P. David　　　　U.S. Agent: John Burgess, B.I.C.E.
U.S. Probation: Stephen Guilliot　　　U.S. Marshal: D. Punzalan / V. Roman
Interpreter: Foo Mee Chun Clinard　　　Language: Indonesian

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: <u>Joaquin C. Arriola, Jr.</u> appointed to represent the defendant.
- Defendant advised of his rights.
- Preliminary Examination set for: <u>October 6, 2006 at 2:00 p.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: