ORIGINAL

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: 472-7332
FAX: 472-7334

JAMES G. WARWICK
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4860
Telecopier: (410) 962-3124

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT -4 2006
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> HAJI SUBANDI, ) <br> REINHARD RUSLI, and ) <br> HELMI SOEDIRDJA, ) <br> ) <br> Defendants. ) | CRIMINAL CASE NO. 06-00044 <br><br> **UNITED STATES' MOTION TO DISMISS COMPLAINT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Complaint, in the above captioned matter, be dismissed, for the reasons that the defendant has been charged through an Indictment on October 3, 2006, in the

//
//
//
//

1 under Criminal Case No. 06-0439-CCB, which said Indictment has incorporated similar criminal
2 acts described in the Complaint.
3 Respectfully submitted this 5th day of October, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: /s/
MARIVIC P. DAVID
Assistant U.S. Attorney