LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

JAMES G. WARWICK
Assistant U.S. Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Telephone: (410) 209-4860
Telecopier: (410) 962-3124

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
OCT -6 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>HAJI SUBANDI,<br>REINHARD RUSLI, and<br>HELMI SOEDIRDJA,<br><br>    Defendants. | CRIMINAL CASE NO. 06-00044<br><br>**ORDER**<br>Granting United States' Motion<br>to Dismiss Complaint |

This matter having come before this Honorable Court based on the United State's Motion to Dismiss Complaint in the above-captioned matter; and the Court finding good cause for the issuance of the order;

**IT IS HEREBY ORDERED** that the Complaint be dismissed.

DATE: October 5, 2006

FRANCES M. TYDINGCO-GATEWOOD*
District Court of Guam

---

*The Honorable Frances M. Tydingco-Gatewood, United States District Judge by designation.